# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2017

154412 & (20)(24)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BRADLEY JAMES BEARD,
        Defendant-Appellant.

SC: 154412
COA: 332983
Barry CC: 14-000185-FH

_____/

On order of the Court, the motions for miscellaneous relief are DENIED. The application for leave to appeal the August 29, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2017



Clerk

p0925